ELECTRONIC AMUSEMENT CORPORATION, Respondent, v. FRANK BAGOZZI, Doing Business as BAGOZZI'S VENDING COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies a motion for change of venue.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of ANNA E. MORSE et al., Appellants, against FRED W. ERETH, as Purchasing Agent for the City of Rochester, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love and Kimball, JJ. [See *ante*, p. 938.]

## FIRST DEPARTMENT, APRIL, 1948.
### (April 5, 1948.)

PRUDENTIAL EXPORTERS CORPORATION, Appellant, v. GUARANTY TRUST COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *post*, p. 1007.]

HERBERT WERBLOWSKY, an Infant, by GERDA W. VAN DAM, His Guardian ad Litem, et al., Appellants, v. MORITZ WERBLOWSKY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

MORRIS MOSES, Respondent, v. STARK'S, a Copartnership, et al., Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

SAMUEL SCHWITZER, as Administrator of the Estate of ABRAHAM SCHWITZER, Appellant, v. SAMUEL SIER, Defendant, and TEFKA SIER et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Arbitration between LESLOYD REALTY CORPORATION, Respondent, and CHARLES WAHL et al., as Copartners Doing Business as ARDOR OF PARIS, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

SEBASTIAN SIPMEIER, Respondent, v. HELVA CORPORATION et al., Appellants, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.